**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1952

ZHENI NAUMOVA, a/k/a Zheni D. Naumova,

Plaintiff - Appellant,

v.

SHARONVIEW FEDERAL CREDIT UNION,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Bruce H. Hendricks, District Judge. (9:22-cv-04632-BHH)

Submitted: February 27, 2025                        Decided: March 3, 2025

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Zheni Naumova, Appellant Pro Se.  Laura Ashley Ahrens, JACKSON LEWIS PC, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Zheni Naumova appeals the district court's order adopting the magistrate judge's recommendation to grant Defendant summary judgment on Naumova's claims brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 to 634. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Naumova v. Sharonview Fed. Credit Union*, No. 9:22-cv-04632-BHH (D.S.C. Sept. 26, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*